IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT P. ENDICOTT,            )
                              )
        Plaintiff,            )
                              )
vs.                           )    No.    11-262-SCW
                              )
                              )
CHARLIE BECHER and            )
BRIAN HANSON                  )
                              )
                              )
        Defendant(s),         )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on September 27, 2013 the above-captioned action is **DISMISSED** with prejudice.

**Dated:** January 2, 2013

                                                Nancy J. Rosenstengel, Clerk of Court

                                                **By: s/Angela Vehlewald**
                                                        Deputy Clerk

**Approved:** s//Stephen C. Williams
             STEPHEN C. WILLIAMS
             UNITED STATES MAGISTRATE JUDGE